# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
| v. | Mag. No. 13-2550 (DEA) |
| MENDEL EPSTEIN, MARTIN WOLMARK, ARIEL POTASH and FNU LNU a/k/a "Yaakov" | **SEALING ORDER** |

This matter having come before the Court upon the application of the United States of America (R. Joseph Gribko, Assistant U.S. Attorney, appearing), for arrest warrants, and its concurrent application that the complaint filed against the persons named in the warrant be filed under seal, and good cause having been shown,

IT IS on this 7th day of October, 2013

ORDERED that, except for such copies of the arrest warrants as are necessary to accomplish its purpose, the complaint and all other documents filed in this matter be and hereby are SEALED until the first arrest warrant is executed or until further order of the Court.

_____
Honorable Douglas E. Arpert
United States Magistrate Judge

1