UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MENDEL EPSTEIN,<br>MARTIN WOLMARK,<br>ARIEL POTASH,<br>JAY GOLDSTEIN a/k/a "Yaakov",<br>MOSHE GOLDSTEIN,<br>BINYAMIN STIMLER,<br>DAVID HELLMAN,<br>SIMCHA BULMASH,<br>AVROHOM GOLDSTEIN, and<br>SHOLOM SHUCHAT | Honorable Douglas E. Arpert<br><br>Mag. No. 13-2550<br><br>**DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the Defendants without bail pending trial in the above-entitled matter because the Defendants pose a danger to the community and a risk of flight; the Court having heard and considered the arguments of the parties at the initial appearance proceedings on October 10, 2013; for the reasons stated by the Court on the record; and for good cause shown:

IT IS, therefore, on this 10th day of October, 2013,

ORDERED that the motion of the United States for an order detaining the Defendants without bail pending trial is hereby GRANTED, and the Defendants are hereby ORDERED DETAINED. Each Defendant, by and through counsel, reserves the right to request a full hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the Defendants be committed to the custody of the Attorney General or his authorized representative pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendants be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendants be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendants shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge