UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                      **ORDER MODIFYING**
                                        **CONDITIONS OF RELEASE**

MENDEL EPSTEIN et al.,

                                        No. 13-MJ-2550 (DEA)

        *Defendants.*

------------------------------------------------------X

## ORDER

This matter being open to the Court on the application of defendant Mendel Epstein (Noah E. Shelanski, Esq., appearing), and in the presence of the United States of America (AUSA Joseph Gribko, appearing), having no opposition, and for good cause shown, IT IS ORDERED THAT:

The prior Order Setting Conditions of Release is amended to include, in addition to the pre-existing conditions of release, the additional condition that Mendel Epstein may leave his home for the specific purpose of traveling to and remaining at Congregation Chevra Gemiluth Chesed, 771 McDonald Avenue, Brooklyn, NY 11218 (the "Synagogue") between the hours of 5 a.m. and 3 p.m. Sunday through Friday.

In addition, Mendel Epstein may travel to locations other than the Synagogue with the prior approval of Pretrial Services. However, Mendel Epstein may not attend or participate in any Beth Din Rabbinical Court proceedings, although he may continue to counsel people as a rabbinical advocate in non-matrimonial matters.

It is FURTHER ORDERED that:

1. Pretrial Services shall release the passports of Mendel Epstein's children to the Epstein family;

2. Pretrial Services shall release Leah Epstein's passport to the Epstein family on or before February 24, 2014; and

3. The Epstein family shall return Leah Epstein's passport to Pretrial Services on or before March 7, 2014.

All of the other terms of the prior Order Setting Conditions of Release shall remain in effect.

SO ORDERED

Dated: ~~Newark~~ Trenton, New Jersey
February 7, 2014

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

_____
Noah E. Shelanski, Esq.
*Attorney for Mendel Epstein*

_____
AUSA Joseph Gribko